PENALTY SLIP

NAME: JUAN REYES CORREA

NUMBER OF COUNTS: 47

Vio: Ct 1: 18 U.S.C. §§ 371, 1167(b) (Conspiracy to Steal Casino Funds).

Penalty: CAG 5 years, $250,000 fine, or both with 3 years supervised release and a $100.00 special assessment.

Vio: Cts. 2-23 - 18 U.S.C. § 1168(b)(Theft by Employee of Gaming Establishment in Excess of $1000)

Penalty: CAG 20 years, $1,000,000 fine, 3 years supervised release and a $100 special assessment, each count.

Vio: Cts. 45-68 - 18 U.S.C. §§ 1168(b) (Theft by Employee From a Gaming Establishment, less than $1000)

Penalty: CAG 5 years, $250,000 fine, or both, 3 years supervised release and a $100.00 special assessment, each count.

Case No.   CR-13-2092-LRS-1

USA Initials: ary