```
MICHAEL C. ORMSBY
United States Attorney
for the Eastern District of Washington
THOMAS J. HANLON
ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, Washington  98901-2760
(509) 454-4425
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) NO: 13-CR-2092-LRS-1<br>) |
| v. | )<br>) **MOTION FOR DETENTION** |
| JUAN REYES CORREA, | ) **HEARING**<br>) |
| Defendant. | )<br>) |

   The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142 (e) and (f).

   1.  <u>Eligibility of Case</u>.  This case is eligible for a detention order because case involves (check all that apply):

   \_\_\_\_\_    Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_\_    Maximum sentence life imprisonment or death

   \_\_\_\_\_    10+ year drug offense

   \_\_\_\_\_    Felony, with two prior convictions in above categories

   __X__    Serious risk defendant will flee

   _____   Serious risk obstruction of justice

   2.  <u>Reason for Detention</u>.  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

1

     __X__   Defendant's appearance as required

     _____   Safety of any other person and the community

     3.   <u>Rebuttable Presumption</u>.  The United States (will, will not) invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (check one or both):

     ____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

     _____   Previous conviction for "eligible" offense committed while on pretrial bond

     4.   <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing

     _____   At first appearance

     __X__   After continuance of __3__ days (not more than 3)

     5.   <u>Other Matters</u>.

     _____

_____


     DATED this 12th day of September, 2013.

                         MICHAEL C. ORMSBY
                         United States Attorney


                         S/Thomas J. Hanlon
                         THOMAS J. HANLON
                         Assistant United States Attorney

2