UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>EVA DAWN KAISER,<br>BRICIA AYALA,<br>ADRIANA CASANDRA JIMENEZ,<br>ARIANNA ROSALES<br><br>　　　　　　　　Defendant. | No. CR-13-2092-LRS-4,5,6,11<br><br>ORDER SETTING<br>CONDITIONS OF RELEASE<br><br>☐　　ACTION REQUIRED |

**IT IS ORDERED** that the release of the Defendant is subject to the following:

### STANDARD CONDITIONS OF RELEASE

**(1)**　Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**(2)**　Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)**　Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

ORDER SETTING CONDITIONS OF RELEASE - 1

**(4)**   Defendant shall sign and complete A.O. Form 199C before being released and shall reside at the address furnished.

**(5)**   Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)**   Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)**   Defendant shall contact defense counsel at least once a week.

**(8)**   Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)**   Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**(10)**   Surrender any passport to Pretrial Services and shall not apply for a new passport.

### ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the Defendant and the safety of other persons and the community:

**IT IS FURTHER ORDERED** that the release of the Defendant is subject to the following additional conditions:

☒   **(11)**   Maintain or actively seek lawful employment.

ORDER SETTING CONDITIONS OF RELEASE - 2

☒ **(12)** Maintain or commence an education program.

☒ **(13)** Defendant shall remain in the:

☒ Eastern District of Washington, or

☐ State of Washington

while the case is pending. On a showing of necessity, and with prior notice by the defense to the assigned Assistant U.S. Attorney, the Defendant may obtain prior written permission to temporarily leave this area from the United States Probation Office.

☐ **Exceptions:** _____

☒ **(14)** Do not discuss the case, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution.

☒ **(15)** Do not discuss the case with Co-Defendant(s)

☒ **(16)** Refrain from:   ☐ any   ☒ excessive use of alcohol.

☒ **(17)** There shall be no weapons at residence.

DATED September 12, 2013.

 _s/James P. Hutton  
JAMES P. HUTTON  
UNITED STATES MAGISTRATE JUDGE

ORDER SETTING CONDITIONS OF RELEASE - 3