IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO CIPRIANO,<br><br>Defendant. | CR-13-2092-LRS-7<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon reading and filing of the foregoing application in that behalf:

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein.

DATED this 16th day of September, 2013.

s/James P. Hutton
UNITED STATES MAGISTRATE JUDGE

ORDER