IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ERNESTO CIPRIANO,<br><br>　　　　　Defendant. | CR-13-2092-LRS-7<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Superintendent, Yakima County Jail, Yakima, WA, and to any United States Marshal.

G R E E T I N G S

WE COMMAND that you have and produce the body of  ERNESTO CIPRIANO, currently in your custody, before the United States District Court, 25 S. Third Street, Yakima, Washington, on September 27, 2013, at 9:00 A.M., in order that said prisoner may then and there respond to and answer charges currently pending against him in the above-entitled case; and at the termination of said case to return him forthwith to the custody of said Superintendent.

WITNESS, the Honorable James P. Hutton, United States Magistrate Judge, Eastern District of Washington.

**Issued on**
10:42 am, Sep 16, 2013



WRIT

By:   _____
SEAN McAVOY, Clerk
United States District Court,
Eastern District of Washington