Alfredo Lopez
Washington State Bar # 17502
9627 16th Ave. SW, Suite 102
Seattle, Wa 98106
Tel (951)348-2393 Fax (206) 497-6713
Attorney for: Juan Reyes Correa

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 17 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR-13-2092 LRS- 1 |
| vs. | **DEFENDANT'S SUBMISSIONS OF DECLARATIONS IN SUPPORT OF BAIL** |
| JUAN REYES CORREA et al, | |
| Defendant. | |

Comes now the defendant, Juan Reyes Correa, by and through his attorney, Alfredo Lopez, and hereby submits the attached declarations in support of bail.

DATED 9/17/13

_____
Alfredo Lopez,
Attorney for Juan Reyes Correa

Declarations in support of Bail, U.S. v. Correa, et al, CR-13-2092-LRS

1

September 16, 2013

To Whom It May Concern,

My name is Gracie Barraza. I am writing a letter regarding my close friend Juan Correa to request that bail be granted. I have known Juan for over fifteen years as we both graduated from Toppenish High School. He is also married to my close friend and coworker, Alex Magallan. Juan and Alex have a daughter; Abrianna Alexis Correa who is currently four years. I have frequent contact with Juan and Alex as we spend family functions together.

I am a social worker for the Division of Children and Family services. I have been involved in social work services for over ten years. It is a distinct pleasure to have a great relationship with Juan and Alex over the past years.

I am asking that Juan be granted a bail request. He is a great father and husband. It should be especially noted that he has an internal compassion and cares extremely for his family. Juan's immediate and extended family have lived in the Community of Toppenish for many decades and have a great reputation in this community.

Please contact me at (509) 947-0095, if you have any questions. Thank you very much for your time.

Sincerely,

*Gracie Barraza*

Gracie Barraza, MSW
(509) 947-0095

Fabian Mendez

September 15, 2013

Your Honor,

I am writing this reference letter to be presented at court for the bail hearing of Juan Correa.

My name is Fabian Mendez and I have known Juan for over 10 years now and since I have known him he has always been a kind, hardworking, respectable young man. He has always been willing to lend a helping hand to anyone for any reason without asking for anything in return. Juan has always been someone I can call whenever I had an issue or just needed someone to talk to when I was having my own personal problems. Juan has always been a family man and since the birth of his daughter his whole life has mainly revolved around her well being. He is an excellent worker, a dedicated husband, a loyal friend and an even better father. He has dedicated thousands of hours at the casino staying late and working during busy event seasons sometimes only going home for a couple hours only to come back and make sure everything goes as planned.

Knowing Juan for all these years and seeing his dedicated work ethic, your honor can appreciate how totally out of character I consider conspiracy to steal to be for this intelligent, hard working young man.

In my opinion Juan is one of the most gifted and dedicated individuals I know at the casino and has the potential to become anything he sets his mind to. All that Juan has worked towards the last thirteen years may now be hanging in the balance as a result of this charge. I can also attest to Juan's nature as being one which will graciously apply the lessons from this experience.

I know he is utterly despondent in the knowledge of the deleterious impact which a recorded conviction poses to pursuing a future in the gaming and entertainment field.

If you wish to verify the contents of this statement, please do not hesitate to contact me at (509) 833-5826.

Thank you,

*[signature]*

Fabian Mendez

August 15, 2013

Your Honour,

### RE: Character Reference Letter for Juan Reyes Correa

I provide this reference in full knowledge of Mr. Correa's charges.

We have known Juan Correa his whole life and have had the honor to be his Godparents. He has always been a caring and loving man, hard worker, family oriented and always willing to help those in need. He has a wife and 4 year old daughter who think the world of him. On his days off you would find Juan spending his days with his daughter. She is his whole life and as much as he is missing her I can assure that his daughter is missing him. Never have I known Juan to do anything that would jeopardize his family.

Having outlined some of Juan's great characteristics, Your Honour can see that these charges are extremely uncharacteristic for our Godson.

In my opinion Juan is a loving and caring person who would go above and beyond for his family or friends. We all make mistakes and I know that Juan will learn from this experience and never do anything that could keep him away from his family again.

If you have any questions of any of the above, please do not hesitate to contact me on 509 949 2741.

Sincerely,

Pablo & Juanita Contreras

*Pablo Contreras*
*Juanita Contreras*

August 15, 2013

Your Honour,

RE: Character Reference for Juan Reyes Correa

I provide this reference in full knowledge of Mr. Correa's charges.

I've known Juan for many years and can say he has always been a caring and thoughtful individual. He has always been a hard worker and made sure his parents were taken care of as a young single man. Juan's a family man himself now and his daughter and wife mean everything to him. He's a very loving and involved father to his only child. You could always count on Juan and he has always been a man of his word. He's a great friend and enjoyable to be around, always willing to lend a hand.

Please take into consideration that this is not in Juan's nature to be involved in this type of scandal but no one is perfect. I've never known him to be involved in any type of trouble in the past. I am more than positive that he would never be caught up in something like this again. He can't afford to put his family and himself in this predicament ever again.

If you have any questions of any of the above, please do not hesitate to contact me on 509 594 0350.

Sincerely,

*Micaela Herrera*
Micaela Herrera

09-15-13

To whom it may concern,

My son is Juan B. Correa, I carried him to term. He is the youngest son I have. I raised him to be respectful and to have manners. I taught him that working hard and being their for others would get him far. I watched Juan work and help others from the time he was a young child.

As a mother I have watched my son grow from a young child to a man, to a father. He has a work ethic to be there for his family. He has a daughter that he loves more than life himself. I know that as mother you would expect me to only think the best of him. I know Juan is not perfect, but he has always has a had a big heart and has always been something wonderful to me.

*[signature]*

September 16, 2013

To whom it may concern:

I Alexandra Marie Magallan have been married to Juan Reyes Correa for the past 8 years. We met in 1997 at a local McDonalds where he and I both worked. We were both just 17 years old at the time. Juan and I dated for 8 years prior to getting married. We were married in July of 2005. In 2006 Juan and I purchased our first home and in 2009 we had our one and only child Abrianna Alexis Correa. Juan is a very supportive husband and a devoted father. He is our rock and he completes our family.

Juan is an extreamely family oriented person; he's a family man who enjoys spending quality time at home and at his parents home. If Juan and I are not at home doing home improvement projects we are with extended family and friends doing family oriented things like BBQing, camping, fishing, going to the zoo and or watching each others children participate in sports or other extracurricular activities. Juan is a caring, reliable, and loyal person; he is someone you can trust and can depend on. Juan strives to do his best in everything. He's always giving a full hundred percent. My husband is not perfect but he does try to live a straight honest life. Sincerely, Alex Magallan, MSN

To whom it may concern:

I, Victor Rangel have known Juan Correa for many years. I have known Juan to always work hard to provide for his family. I have also gotten to know Juans parents and I know that they are very close. I have also known Juan to be a person who many look up too. Juan has always been the type of person who is always willing to help you when you ask for his assistance.

When I was made aware of what Juan was being charged with, it was truly shocking to hear that a person like him would be in a situation like this.

Juan has a daughter, which he loves and of who I am certain he would never put in a situation like this. I really wish Juan the best and hope that the outcome of this situation is good for him and his family.

Victor Rangel

9-16-13

To Whom it May Concern,

    I have known Juan R Correa for over 25 years and in that time I've known him to be an impeccable father, son, husband and nephew.

    Juan has always been willing to give a helping hand when a family member needs help and I've seen him be at his daughter side when she feels alone.

    I have known him to be an outstanding member in his community and to aid his uncle that pasted away only a week ago, by spending time with him and listening to his rant.

    If you have any question please feel free to call me @ 307-4655

Sincerely,
Ernest Iybu Matt

Sept. 15 2013

To whom it may concern:

I would like to take a moment of your time, to write a short note about a young man.

I have known Juan Correa for the last 12 years. I first met Juan at Legends Casino, from there I have watched him grow to the young family man he is today.

Juan has become to be part of the family. We have had him at several family gatherings, when we are not having family gathering he is out gathering food for his family, whether it be hunting, fishing or his weekly job, he is making sure his family is provided for.

The birth of his daughter changed his life, he worked harder to provide for her, to make sure she had a very stable home. Juan is a very good father, son brother an friend, I consider Juan to be more like one of my own boys. I have watched him grow to be the young man he is today.

I have worked alongside Juan as a customer and co-worker. He has the up most Respect for co-workers and customers.

Whether it be home, work or traveling the conversations are always speaking highly of his daughter, She is his world.

Thank you for giving me a moment of your time.

Mary Lou Lopez.

Alfredo Lopez
Washington State Bar # 17502
9627 16th Ave. SW, Suite 102
Seattle, Wa 98106
Tel (951)348-2393 Fax (206) 497-6713
Attorney for: Juan Reyes Correa

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 17 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN REYES CORREA et al,<br><br>Defendant. | Case No. CR-13-2092 LRS<br><br>**PROOF OF SERVICE** |

I, the undersigned hereby declare as follows:

1. I am over 18 years of age, a resident of the county of King, State of Washington, counsel for the Defendant and that my address is 9627 16th Ave. SW, Suite 102, Seattle, Wa 98106;

2. That today I served the Defendant's Submissions of Declarations in Support of Bail on opposing counsel by delivery in person and by filing with the Office of the Clerk; and that I mailed a copy to Defendant.

DATED  9/17/13                           _____
                                          Alfredo López, Esq.

Proof of Service, U.S. v. Correa, et al, CR-13-2092-LRS

1